| | |
|---|---|
| 1 | **MEYER LAW GROUP LLP** |
| 2 |   A Limited Liability Partnership<br>BRENT D. MEYER, Cal. Bar No. 266152 |
| 3 | 268 Bush Street #3639<br>San Francisco, California 94104 |
| 4 | Telephone:  (415) 765-1588 |
| 5 | Facsimile:   (415) 762-5277<br>Email:       brent@meyerllp.com |
| 6 | |
| 7 | Attorneys for Debtor in Possession<br>66 BARRY LANE, LLC |

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | BK Case No.: 23-51443-DM |
| 66 BARRY LANE, LLC, | Chapter 11 |
| Debtor in Possession. | **STATUS CONFERENCE STATEMENT FILED BY DEBTOR IN POSSESSION**<br><br>Date:       March 15, 2024<br>Time:      10:00 a.m.<br>Location:  Telephonic / Videoconference[1]<br>Judge:     Hon. Dennis Montali |

---

[1] See *https://www.canb.uscourts.gov/sites/default/files/announcements/SF%20Division%20Hearing%20Procedures%20%28as%20of%209.1.2023%29.pdf* (All "hearing[s] will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video.")

- 1 -

BK CASE NO. 23-51443-DM
STATUS CONFERENCE STATEMENT FILED BY DEBTOR IN POSSESSION

Debtor in Possession 66 Barry Lane, LLC ("Debtor") hereby submits this *Status Conference Statement* in advance of the continued Status Conference in the above-captioned matter. Debtor has received an offer of $23,000,000 to purchase residential real property commonly known as 66 Barry Lane, Atherton, California 94027 (the "Barry Lane Property"), which is the sole asset of significant value for the estate. At present, Debtor anticipates filing a motion for approval to sell the Barry Lane Property pursuant to 11 U.S.C. §§ 363(b), (f) and setting that matter for hearing on April 5, 2024 at 10:00 a.m.

Based on the foregoing, Debtor respectfully requests that the Court continue the Status Conference to April 5, 2024, to be held in conjunction with the *Motion to Sell* the Barry Lane Property, or such other date and time that is convenient for the Court.

Dated: March 6, 2024   **MEYER LAW GROUP LLP**

By: /s/ BRENT D. MEYER
Brent D. Meyer
Attorneys for Debtor in Possession
66 BARRY LANE, LLC