MEYER LAW GROUP LLP
 A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:   (415) 762-5277
Email:      brent@meyerllp.com

Attorneys for Debtor in Possession
66 BARRY LANE, LLC

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>66 BARRY LANE, LLC,<br><br>           Debtor in Possession. | BK Case No.: 23-51443-DM<br><br>Chapter 11<br><br>**DECLARATION OF MICHAEL OHAYON IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**<br><br>[11 U.S.C. §§ 363(b)(1), (f)(2)-(4), (m); F.R.B.P. 6004(a); and B.L.R. 6004-1]<br><br><u>**AFFECTED LIENHOLDERS**</u>:<br>(1) **Technology Credit Union**<br>(2) **Community Bank of the Bay**<br>(3) **Dakota Note, LLC**<br>(4) **Nariman Seyed Teymourian**<br>(5) **Gail Suzanne Marie Teymourian**<br>(6) **2700 Middlefield Road, LLC, a Delaware limited liability company**<br>(7) **Ferrando Diversified Capital, LLC, a California limited liability company**<br>(8) **Alviso Park, LLC, a Delaware limited liability company** |

- 1 -

BK CASE NO. 23-51443-DM

DECLARATION OF MICHAEL OHAYON IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

Case: 23-51443   Doc# 33-1   Filed: 03/08/24   Entered: 03/08/24 15:08:49   Page 1 of 3

(9) **Sarah L. Little, Chapter 7 Trustee for the Estate Nariman Seyed Teymourian**

Date: April 5, 2024
Time: 10:00 a.m.
Location: Telephonic / Videoconference
Judge: Hon. Dennis Montali

I, Michael Ohayon, hereby declare as follows:

1. I am the responsible individual for debtor in possession 66 Barry Lane, LLC ("Debtor") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2. I make this declaration in support of the *Motion to Sell Real Property Commonly Known as 66 Barry Lane, Atherton, California 94027 Free and Clear of Liens* (the "Motion") filed concurrently herewith in the above-referenced matter.

3. On or about February 15, 2024, Debtor accepted the counter-offer from B. Lima LLC to purchase residential real property commonly known as 66 Barry Lane, Atherton, California 94027 (the "Barry Lane Property") for the sum of Twenty-Three Million Dollars ($23,000,000) subject to those terms and conditions set forth in *Residential Purchase Agreement,* as amended and ratified, which is attached as **Exhibit A** to the Declaration of William Henry Haze filed in support of the Motion.

4. Using Debtor's sound business judgment, the terms and conditions for the sale of the Barry Lane Property (**Exhibit A**), including the Buyer's purchase price of $23,000,000, is the highest and best price for the Barry Lane Property, and that an immediate sale of the Barry Lane Property is in the best interests of the bankruptcy estate and all creditors. Further, in accepting this offer, there was: (a) no improper or bad-faith motive; (b) the purchase price is fair and was achieved through arms-length negotiations; and (c) there was adequate procedures and exposure of the Barry Lane Property to the market to ensure reasonable notice to all parties interested in

purchasing the Barry Property.

As such, Debtor requests authority to sell the Barry Lane Property to Buyer, subject to those terms and conditions set forth in *Residential Purchase Agreement*.

5. I have personally communicated with Paul Greenfield and the authorized representatives of Dakota Note, LLC and related entities holding an interest in the Dakota Note Encumbrances (as defined in the Motion), and each of these lienholders have affirmatively consented to a sale of the Barry Lane Property pursuant to 11 U.S.C. § 363(f)(3) consistent with the terms and conditions of sale set forth in the Motion.

6. I have personally reviewed the Preliminary Title Report for the Barry Lane Property, and as of the date of this declaration, except for the three *lis pendens* identified as the Teymourian Lis Pendens (as defined in the Motion), none of the Teymourian Claimants (as defined in the Motion) have a duly recorded claim, lien, or other encumbrance against the Barry Lane Property, and none of the Teymourian Claims (as defined in the Motion) are duly recorded claims, liens, or encumbrances, against the Barry Lane Property.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 7th day of March 2024, at San Ramon, California.

By: _____
Michael Ohayon

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
www.meyerllp.com

BK CASE NO. 23-51443-DM

- 3 -

DECLARATION OF MICHAEL OHAYON IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

Case: 23-51443    Doc# 33-1    Filed: 03/08/24    Entered: 03/08/24 15:08:49    Page 3 of 3