**MEYER LAW GROUP LLP**
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:   (415) 765-1588
Facsimile:   (415) 762-5277
Email:          brent@meyerllp.com

Attorneys for Debtor in Possession
66 BARRY LANE, LLC

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | BK Case No.: 23-51443-DM |
| 66 BARRY LANE, LLC, | Chapter 11 |
| Debtor in Possession. | **DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(M)** |
| | **[11 U.S.C. §§ 363(b)(1), (f)(2)-(4), (m); F.R.B.P. 6004(a); and B.L.R. 6004-1]** |
| | <u>**AFFECTED LIENHOLDERS**</u>: |
| | **(1)   Technology Credit Union** |
| | **(2)   Community Bank of the Bay** |
| | **(3)   Dakota Note, LLC** |
| | **(4)   Nariman Seyed Teymourian** |
| | **(5)   Gail Suzanne Marie Teymourian** |
| | **(6)   2700 Middlefield Road, LLC, a Delaware limited liability company** |
| | **(7)   Ferrando Diversified Capital, LLC, a California limited liability company** |
| | **(8)   Alviso Park, LLC, a Delaware limited liability company** |

BK CASE NO. 23-51443-DM

DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(M)

MEYER LAW GROUP LLP
268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

Case 23-51443   Doc# 33-3   Filed: 03/08/24   Entered: 03/08/24 15:08:49   Page 1 of 3

**(9)  Sarah L. Little, Chapter 7 Trustee for the Estate Nariman Seyed Teymourian**

Date:       April 5, 2024
Time:       10:00 a.m.
Location:   Telephonic / Videoconference
Judge:      Hon. Dennis Montali

I, Josh Rabinowitz, hereby declare as follows:

1.      I am the Administrative Officer of B. Lima Management LLC, which acts as Manager of B. Lima LLC ("Buyer"), the proposed purchaser of the real property commonly known as 66 Barry Lane, Atherton, California 94027 (the "Barry Lane Property").  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto, except with respect to those matters stated to be on information and belief, and as to those matters, I believe them to be true.

2.      I make this declaration in support of the *Motion to Sell Real Property Commonly Known as 66 Barry Lane, Atherton, California 94027 Free and Clear of Liens* (the "Motion") filed concurrently herewith in the above-referenced matter, and more specifically, in support of a "good faith" finding pursuant to 11 U.S.C. § 363(m).

3.      The beneficial interest holder of Buyer intends to utilize the Barry Lane Property as a residential property for personal use and enjoyment.

4.      Buyer, the beneficial interest holder of Buyer, and I collectively: (a) have no connections with debtor 66 Barry Lane, LLC, a California limited liability company ("Debtor") or any of its principals; (b) have no business relationship with Debtor or any of its principals; and (c) have not had any direct discussions with Debtor or Debtor's counsel regarding Buyer's interest in purchasing the Barry Lane Property.

5.      The negotiations for Buyer's purchase of the Barry Lane Property have been by and through Debtor's real estate professional and Buyer's real estate professional, and Debtor's general bankruptcy counsel and Buyer's retained counsel, and at all times, have been arms-length negotiations.



MEYER LAW GROUP LLP

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

- 2 -

BK CASE NO. 23-51443-DM

DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(M)

1    6.    Buyer, the beneficial interest holder of Buyer, and I collectively have had no

2    discussions with anyone else who may have been interested in purchasing the Barry Lane

3    Property or who may have been interested in submitting an over-bid (if required).

4    7.    Buyer, the beneficial interest holder of Buyer, and I collectively have had no

5    direct communication (written or oral) with Debtor, its principals, or Debtor's counsel regarding

6    purchase of the Barry Lane Property.

7    8.    Buyer, the beneficial interest holder of Buyer, and I collectively have not

8    attempted to take advantage of any other potential buyers, especially in light of the fact that none

9    of us are aware of any other potential or interested purchasers of the Barry Lane Property.

10    9.    Buyer requests that the Court confirm the sale of the Barry Lane Property to

11    Buyer, and requests that the Court make a finding that Buyer is a "good faith buyer" of the

12    Barry Lane Property pursuant to 11 U.S.C. § 363(m).

14    I declare under penalty of perjury pursuant to the laws of the United States that the

15    foregoing is true and correct.

16    Executed this 7th day of March 2024, at Santa Barbara, California.

18    By: _____

19    Josh Rabinowitz

MEYER LAW GROUP LLP

268 BUSH STREET #3639
SAN FRANCISCO CA 94104
w w w . m e y e r l l p . c o m

BK CASE NO. 23-51443-DM

DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(m)