```
MEYER LAW GROUP LLP
  A Limited Liability Partnership
BRENT D. MEYER, Cal. Bar No. 266152
268 Bush Street #3639
San Francisco, California 94104
Telephone:  (415) 765-1588
Facsimile:  (415) 762-5277
Email:      brent@meyerllp.com

Attorneys for Debtor in Possession
66 BARRY LANE, LLC
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>66 BARRY LANE, LLC,<br><br>Debtor in Possession. | BK Case No.: 23-51443-DM<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

I, Brent D. Meyer, hereby declare as follows:

I am an active member of the State Bar of California and I am not a party to the above-captioned action; my business mailing address is 268 Bush Street #3639, San Francisco, California, 94104.

On March 8, 2024, I served copies of the following document(s):

**MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**

**DECLARATION OF MICHAEL OHAYON IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**

- 1 -

BK CASE NO. 23-51443-DM

CERTIFICATE OF SERVICE

1  **DECLARATION OF WILLIAM HENRY HAZE IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**

2  

3  **DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(M)**

4  

5  

6  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**

7  

8  

9  **[PROPOSED] ORDER GRANTING MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS**

10  

11  in the following manner on the parties listed below:

12  ☐ **BY FEDERAL EXPRESS**: I enclosed said document(s) in an envelope or package provided by Federal Express and addressed to the persons at the address(es) listed below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of Federal Express or delivered such document(s) to a courier or driver authorized by Federal Express to receive documents.

16  ☒ **BY FIRST CLASS MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(b), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, placed first class postage fully prepaid thereon, and deposited said envelope in a United States mailbox.

19  **SEE ATTACHED**

20  ☐ **BY CERTIFIED MAIL**: Pursuant to Federal Rule of Bankruptcy Procedure 7004(h), I enclosed said document(s) in a sealed envelope addressed to the persons at the address(es) listed below, transported said envelope to a United States Post Office, placed first class postage fully prepaid thereon with certified and return receipt requested, and deposited said envelope with an agent of the United States Postal Service. The Certified Mail Receipt Number for each party served with the document(s) is as specified below.

24  ☒ **BY NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to Bankruptcy Local Rule 9013-3(c), service of the document(s) was also effective on the following persons whom are registered participants of the Court's CM/ECF system, consented to electronic service, and received an electronic copy of the document(s) by the Clerk of the Court via Notice of Electronic Filing.

28  ///

BK CASE NO. 23-51443-DM

- 2 -

CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | **OFFICE OF THE U.S. TRUSTEE**<br>Office of the U.S. Trustee / SJ<br>USTPRegion17.SJ.ECF@usdoj.gov | **COUNSEL FOR SECURED CREDITOR**<br>Arnold L. Graff<br>agraff@wrightlegal.net,<br>bkudgeneralupdates@wrightlegal.net |
| | **COUNSEL FOR TEYMOURIAN**<br>Barzin Barry Sabahat<br>barry@anchorlawgroup.com | **COUNSEL FOR INTEREST PARTY**<br>Nathan A. Schultz<br>nschultzesq@gmail.com,<br>kjarashow@goodwinlaw.com |
| | **OFFICE OF THE U.S. TRUSTEE**<br>Trevor Ross Fehr<br>trevor.fehr@usdoj.gov | **COUNSEL FOR SECURED CREDITOR**<br>David J. Rapson<br>rapsonlaw@gmail.com |

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on this 8th day of March, 2024 at Walnut Creek, California.

                                             /s/ BRENT D. MEYER<br>
                                             Brent D. Meyer

MEYER LAW GROUP LLP<br>268 BUSH STREET #3639<br>SAN FRANCISCO CA 94104<br>www.meyerllp.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: <br><br> 66 BARRY LANE, LLC | CASE NO: 23-51443-DM <br><br> **CERTIFICATE OF SERVICE** <br> **DECLARATION OF MAILING** <br><br> Chapter: 11 |

On 3/8/2024, a copy of the following documents, described below,

MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

DECLARATION OF MICHAEL OHAYON IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

DECLARATION OF WILLIAM HENRY HAZE IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

DECLARATION OF JOSH RABINOWITZ IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS AND GOOD FAITH FINDING PURSUANT TO 11 U.S.C. § 363(M)

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

[PROPOSED] ORDER GRANTING MOTION TO SELL REAL PROPERTY COMMONLY KNOWN AS 66 BARRY LANE, ATHERTON, CALIFORNIA 94027 FREE AND CLEAR OF LIENS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto and made a part of the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/8/2024

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Brent D. Meyer
Meyer Law Group,LLP
268 Bush Street #3639
San Francisco, CA  94104

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TECHNOLOGY CREDIT UNION<br>ATTN: OFFICER OR MANAGING AGENT<br>2010 N. 1ST STREET, SUITE 200<br>SAN JOSE, CA 95131 | COMMUNITY BANK OF THE BAY<br>ATTN: OFFICER OR MANAGING AGENT<br>1800 GRAND AVENUE, SUITE 1550<br>OAKLAND, CA 94612 | DAKOTA NOTE, LLC, TANYA WALTIMYER,<br>JASON GREENFIELD, NATURAL SOFTWARE<br>SYSTEMS, INC. MONEY PURCHASE PENSION<br>PLAN<br>ATTN: INCORP SERVICES, INC., REGSITERE<br>AGENT<br>400 N. MAIN AVENUE, SUITE 206<br>SIOUX FALLS, SD 57104 |
| NARIMAN SEYED TEYMOURIAN<br>GAIL SUZANNE MARIE TEYMOURIAN<br>125 GREENLEY ROAD<br>NEW CANAAN, CT 06840 | FERRANDO DIVERSIFIED CAPITAL, LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>66 BARRY LANE<br>ATHERTON, CA 94027 | 2700 MIDDLEFIELD ROAD, LLC<br>ATTN: NATIONAL REGISTERED AGENTS, INC.<br>REGISTERED AGENT<br>1209 ORANGE STREET<br>WILMINGTON, DE 19801 |
| ALVISO PARK, LLC<br>ATTN: OFFICER OR MANAGING AGENT<br>66 BARRY LANE<br>ATHERTON, CA 94027 | SARAH L. LITTLE, TRUSTEE<br>2415 SAN RAMON VALLEY BLVD. #4432<br>SAN RAMON, CA 94583 | |