Entered on Docket
March 11, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: March 11, 2024

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>66 BARRY LANE, LLC,<br><br>           Debtor. | Bankruptcy Case<br>No. 23-51443-DM<br><br>Chapter 11<br><br>Date: April 5, 2024<br>Time: 10:00 AM<br>Via Tele/Videoconference<br>www.canb.uscourts.gov/calendars |

**ORDER CONTINUING STATUS CONFERENCE**

    Based upon Debtors' *Status Conference Statement* (Dkt. 32), it is hereby ORDERED that the status conference currently set on March 15, 2024, is continued to April 5, 2023, at 10:00 AM.

    All hearings will be conducted by telephone or video conference unless otherwise noted. Please review the specific calendar page (pdf) posted on the Bankruptcy Court's website for further instructions one week prior to the hearing.

    All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions

regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

**END OF ORDER**

COURT SERVICE LIST

All Creditors